IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNEER STAFFING SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>HON.:<br><br>**NOTICE OF REMOVAL**<br><br>*Document Filed Electronically* |

TO:  CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ON NOTICE TO:

    Shalom D. Stone, Esq.
    STONE CONROY LLC
    25A Hanover Road, Suite 301
    Florham Park, New Jersey 07932
    Attorneys for Plaintiff,
    *Lyneer Staffing Solutions, LLC.*

    Defendants Zurich American Insurance Company ("Zurich") and American Guarantee and Liability Insurance Company ("AGLIC")(collectively "Defendants"), by their attorneys, Coughlin Midlige & Garland, LLP hereby remove the above-captioned action, which is presently in the Superior Court of New Jersey, Middlesex County at Docket No. MID-L-002798-24, to this Court pursuant to 28 U.S.C. §1441 et seq. and in support states as follows:

    1.    On May 10, 2024, the Plaintiff commenced this action by filing a Complaint against the Defendants in the Superior Court of New Jersey, Middlesex County. A copy of Plaintiff's Complaint is attached as Exhibit "1."

3134949

2. This Notice is being filed within thirty days after the Plaintiff instituted suit, in compliance with 28 U.S.C. §1446(b).

3. In its Complaint, the Plaintiff alleges that it has a principal place of business at 133 Franklin Corner Road, Lawrenceville, New Jersey 08648.

4. Defendant Zurich is a corporation organized and existing under the laws of New York with a principal place of business in Illinois.

5. Defendant AGLIC is a wholly-owned subsidiary of Defendant Zurich.

6. Defendant AGLIC is a corporation organized and existing under the laws of New York with a principal place of business in Illinois.

7. There is therefore complete diversity of citizenship between the Plaintiff and Defendants.

8. In the Complaint, the Plaintiff seeks a declaration that it is entitled to coverage under a commercial general liability insurance policy issued by Zurich and an umbrella insurance policy issued by AGLIC with respect a personal injury action brought against it by Justin David Aguilar ("Aguilar") and Noriberta Cruz ("Cruz"). See Exhibit 1. That action is captioned Aguilar, et al. v. Lyneer Staffing Solutions, LLC, et al., and is pending in the New Jersey Superior Court, Middlesex County, at MID-L-3595-21 (the "Aguilar Lawsuit").

9. In addition, the Plaintiff asserts breach of contract claims against Zurich and AGLIC. See Exhibit 1.

10. For purposes of the amount in controversy requirement of 28 U.S.C. §1332, the "object" of the current litigation is the Aguilar Lawsuit. See Columbia Gas Transmission Corporation v. Tarbuck, 62 F.3d 538 (3d Cir. 1995).

3134949

11. In the Aguilar Lawsuit, Aguilar and Cruz are seeking recovery in the amount of $12 million. The Complaint in the Aguilar Lawsuit is attached hereto as Exhibit "2". The Plaintiff is seeking a declaration that the Defendants must provide the Plaintiff with insurance coverage for the Aguilar Lawsuit, and this alone satisfies the amount in controversy requirement of 28 U.S.C. §1332.

12. The Plaintiff has not limited this case to a request for indemnification, but also seeks a declaration that the Defendants are obligated to provide a defense for the Aguilar Lawsuit. Any defense costs are in addition to the indemnity demand.

13. As the amount in controversy in this case is in excess of $75,000, and as the Plaintiff and Defendants are citizens of different states, this Court may exercise jurisdiction over this lawsuit pursuant to 28 U.S.C. §1332.

14. This action may be removed to this Court by the Defendants pursuant to 28 U.S.C. §1441(a) in that this case was initially brought in a state court within the geographical area of the District of New Jersey, and in that this Court has jurisdiction pursuant to 28 U.S.C. §1332(a).

15. The Defendants have given written notice of the filing of this Notice of Removal pursuant to 28 U.S.C. §1446(d), by filing this Notice of Removal with the New Jersey Superior Court, Middlesex County and by giving written notice to counsel for the Plaintiff. A copy of Defendants' Praecipe to File Notice of Removal is attached as Exhibit "3". A copy of the Defendants' Notice to the Plaintiff is attached as Exhibit "4".

**WHEREFORE,** the Defendants respectfully request that this action now pending against them in the New Jersey Superior Court, Middlesex County, be removed to this Court.

By /s/ Adam M. Smith
ADAM M. SMITH, ESQ.
Attorney for Defendants,

3134949

*Zurich American Insurance Company and American Guarantee and Liability Insurance Company*
Coughlin Midlige & Garland, LLP
350 Mount Kemble Avenue
Morristown, New Jersey 07962
(973) 631-6050

June 5, 2024

3134949

## LOCAL RULE 11.2 CERTIFICATION

PURSUANT to Local Rule 11.2, the undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration or administrative proceeding and no other action, arbitration or administrative proceeding is contemplated.

COUGHLIN MIDLIGE & GARLAND, LLP  
Attorney for Defendants,  
*Zurich American Insurance Company and American Guarantee and Liability Insurance Company*

By /s/ Adam M. Smith  
    ADAM M. SMITH, ESQ.

June 5, 2024

3134949

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LYNEER STAFFING SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>HON.: |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid, to counsel for the Plaintiff at the following address:

Shalom D. Stone, Esq.
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932

                                      COUGHLIN MIDLIGE & GARLAND, LLP
                                      Attorney for Defendants,
                                      *Zurich American Insurance Company and American*
                                      *Guarantee and Liability Insurance Company*

                                      By /s/ Adam M. Smith
                                          ADAM M. SMITH, ESQ.

June 5, 2024

3134949

Case 3:24-cv-06703-RK-JBD   Document 1   Filed 06/05/24   Page 7 of 7 PageID: 7

3134949