Shalom D. Stone, Esq.
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
sstone@stoneconroy.com
*Attorneys for Plaintiff Lyneer Staffing Solutions, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LYNEER STAFFING SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 3:24-cv-06703<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby voluntarily dismissed with prejudice and without costs.

Respectfully submitted,

STONE CONROY LLC
*Attorneys for Plaintiff*

By: */s/ Shalom D. Stone*
Shalom D. Stone

COUGHLIN MIDLIGE & GARLAND LLP
*Attorneys for Defendants*

By: /s/ Adam M. Smith
Adam M. Smith

Dated: January 26, 2026

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 1/27/26